**Order entered December 16, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00249-CR

**AARON LEDELL CELESTINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F22-00005-I**

## ORDER

Appellant's brief is overdue. The brief was originally due August 10, 2022. We subsequently granted appellant three extensions of time to file the brief, on August 11, 2022, September 16, 2022, and October 19, 2022. Following the third extension on October 19, 2022, appellant's brief was due November 10, 2022. We cautioned counsel that if the brief were not filed by November 10, 2022, we would abate the case for the trial court to hold a hearing and determine why the brief has not been filed. As of the date of this order, appellant's brief has not been filed.

The Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ERIN A. NOWELL
        JUSTICE